UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00221

**Stephanie Geneva,**
*Plaintiff,*
v.
**Athens Hospital, L.L.C d/b/a U.T. Health Athens,**
*Defendant.*

# ORDER

Plaintiff Stephanie Geneva filed this lawsuit alleging violations of the anti-retaliation provision of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-(3)(a). Doc. 1. On October 23, 2020, defendant Athens Hospital, L.L.C. d/b/a U.T. Health Athens filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Doc. 15. This case was referred to United States Magistrate Judge John D. Love, who issued a report recommending that defendant's motion be granted and that plaintiff's claims be dismissed with prejudice. Doc. 21. Neither party filed objections to the magistrate judge's report and recommendation.

When there have been no timely objections to a magistrate judge's report and recommendation, the record is only reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. Defendant's motion for judgment on the pleadings (Doc. 15) is **granted**. Plaintiff's claims are **dismissed with prejudice**.

*So ordered by the court on February 12, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge