UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00221

**Stephanie Geneva,**
*Plaintiff,*

v.

**Athens Hospital, L.L.C d/b/a U.T. Health Athens,**
*Defendant.*

## FINAL JUDGMENT

The court, having rendered its decision by separate opinion, hereby enters judgment that all claims in this matter are **dismissed with prejudice**. Any pending motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on February 12, 2021.*

J. Campbell Barker
United States District Judge